UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

   - v. -

PAUL SILBA,
  a/k/a "Barrio,"

     Defendant.
- - - - - - - - - - - - - - - - - x

ORIGINAL

SEALED
INDICTMENT

07 Cr.

**07 CRIM. 821 (CLB)**

## COUNT ONE

The Grand Jury charges:

1. On or about March 19, 2007, in the Southern District of New York, PAUL SILBA, a/k/a "Barrio," the defendant, unlawfully, intentionally and knowingly did distribute and possess with intent to distribute a schedule II controlled substance, to wit, five grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack" cocaine.

(Title 21, United States Code, Sections 812, 841(a)(1) and (b)(1)(B).)

_____     _____
FOREPERSON                    MICHAEL J. GARCIA
                              United States Attorney