

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 3, 2007

BY HAND

The Honorable Mark D. Fox
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

   Re: United States v. Paul Silba,
      07 Cr. 821

Dear Judge Fox:

  The United States hereby requests that the indictment in the above-captioned case be unsealed. The defendant was arrested late yesterday afternoon.

              Respectfully Submitted,

              MICHAEL J. GARCIA
              United States Attorney

      By: _____
         Nola B. Heller
         Assistant United States Attorney
         (914) 993-1939

10/3/07 So Ordered

MARK D. FOX
United States Magistrate Judge
Southern District of New York