**SEALED**

CR 12 (Rev. 5/03)

# WARRANT FOR ARREST

| United States District Court | DISTRICT |
| --- | --- |
| | SOUTHERN DISTRICT OF NEW YORK |

| UNITED STATES OF AMERICA<br>v.<br>PAUL SILBA, a/k/a "Barrio" | DOCKET NO. **07 CRIM 821 (CLB)** | MAGISTRATE'S CASE NO. |
| --- | --- | --- |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>PAUL SILBA, a/k/a "Barrio" | |

| WARRANT ISSUED ON THE BASIS OF:   ☐ Order of Court<br>X Indictment   ☐ Information   ☐ Complaint | DISTRICT OF ARREST |
| --- | --- |
| TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Distribution of narcotics

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>21 | SECTION<br>812, 841(a)(1), 841(b)(1)(B) |
| --- | --- | --- |

| | BAIL | OTHER CONDITIONS OF RELEASE | |
| --- | --- | --- | --- |
| ORDERED BY | | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)<br>*[signature]* | DATE ORDERED<br>8/30/07 |
| CLERK OF COURT | | (BY) DEPUTY CLERK<br>*[signature]* | DATE ISSUED<br>8/30/07 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>9/5/07 | NAME AND TITLE OF ARRESTING OFFICER<br>SA Kevin E. Conroy | SIGNATURE OF ARRESTING OFFICER<br>*Kevin E. Conroy* |
| --- | --- | --- |
| DATE EXECUTED<br>10/2/07 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.

U.S. ATTORNEY
FOR THE S.D.N.Y.
AUG 31 2007
RECEIVED
WHITE PLAINS OFFICE