# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

Leonard F. Joy
*Executive Director*

Paul E. Davison
*Attorney-in-Charge*
*White Plains*

November 20, 2007

BY HAND
The Honorable Charles L. Brieant
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

*[Stamped: MEMO ENDORSED]*

Application granted. Conference now scheduled for 1-28-08 at 9:00.
Time is excluded under the Speedy Trial Act through January 28, 2008.
SO ORDERED. *[signed]* Charles L. Brieant  U.S.D.J.
Dated: 11-27-07

Re: **United States v. Paul Silba**
07 Cr. 821 (CLB)

Dear Judge Brieant:

This letter is to request a 30-day adjournment of the time to file motions in the above referenced case. My client has requested that he be allowed additional time to again review the tapes produced in discovery. The government does not object to this request and we consent to a waiver of time under Speedy Trial Act. Motions are currently due tomorrow, November 21, 2007. We request an extension until December 21, 2007, for Defendant's Motions, January 11, 2007, for the Government's Response and for a hearing date anytime thereafter. We will notify the Court if a hearing is requested.

Thank you for your consideration of this request.

Sincerely Yours,

*[signed]*
Susanne Brody

cc: Nola Heller, Esq.
    Assistant United States Attorney

Mr. Paul Silba

*[Stamp: U.S. ATTORNEY FOR THE S.D.N.Y., NOV 20 2007, RECEIVED, WHITE PLAINS OFF]*