

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

December 19, 2007

**BY HAND**

The Honorable Charles L. Brieant
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

   Re: **United States v. Paul Silba**
      **07 Cr. 821 (CLB)**

Dear Judge Brieant:

  As per my conversation with Your Honor's Deputy Clerk, the parties jointly request an adjournment of the motions schedule in the above-captioned case. The defendant requests until January 11, 2008 to file motions, with the Government's response to be filed by January 25, 2008. The next conference date can remain on January 28, 2008, as previously scheduled. Time is currently excluded up through January 28, 2008 under the Speedy Trial Act, therefore no further order excluding time is required.

          Respectfully submitted,

          MICHAEL J. GARCIA
          United States Attorney for the
          Southern District of New York

      By: */s/ Nola B. Heller*
         Nola B. Heller
         Assistant United States Attorney
         (914) 993-1939

cc: Susanne Brody, Esq. (By Hand)