UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

-v-                             :          **NOLLE PROSEQUI**

PAUL SILBA,                     :
    a/k/a "Barrio,"                        **07 CR 821 (CLB)**
                                :
Defendant.
                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    1.    The filing of this *nolle prosequi* will dispose of this case with respect to the defendant Paul Silba, a/k/a "Barrio."

    2.    On August 30, 2007, Sealed Indictment 07 Cr. 821 was filed, charging defendant Paul Silba with distributing and possessing with intent to distribute cocaine base, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

    3.    Based on a review of the evidence in the case and information pertaining to this defendant acquired subsequent to the filing of the Indictment, the Government has concluded that further prosecution of Paul Silba would not be in the interests of justice.

    4.    In light of the foregoing, I recommend that an order of *nolle prosequi* be filed as to defendant Paul Silba with respect to Indictment 07 Cr. 821.

                                                        /s/ Nola B. Heller
                                                Nola B. Heller
                                                Assistant United States Attorney
                                                (914) 993-1939

Dated: White Plains, New York
       December 19, 2007

ORIGINAL

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of *nolle prosequi* be filed as to defendant Paul Silba with respect to Indictment 07 Cr. 821.

                                                                        _____
                                                                        MICHAEL J. GARCIA
                                                                        United States Attorney
                                                                        Southern District of New York

Dated: New York, New York

           December 21, 2007

SO ORDERED:                                        _____
                                                                 HON. CHARLES L. BRIEANT
                                                                 United States District Judge
                                                                 Southern District of New York

Dated: White Plains, New York

           January 4, 2008